IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HAWKINS,

    Plaintiff,

  v.

ASTRAZENECA PHARMACEUTICALS, L.P., and ASTRAZENECA, L.P.,

    Defendants
                          /

No. C-06-0569 MMC

**ORDER CLOSING CASE FOR STATISTICAL PURPOSES ONLY**

On July 10, 2006, the above-titled action was transferred to the Middle District of Florida for inclusion in MDL No. 1769, In re Seroquel Products Liability Litigation. (See Notice of Filing of Order Transferring Cases, filed July 19, 2006, Ex. A). In light of the transfer, the Court hereby CLOSES the case for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of any claim. Should the matter be remanded to this Court by the Judicial Panel on Multidistrict Litigation upon completion of the pretrial proceedings in the Middle District of Florida, any party may take any appropriate action in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: July 21, 2006

                                          MAXINE M. CHESNEY
                                          United States District Judge